**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DERRICK FLORENCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION: 24-0178-KD-N** |
| ) | |
| **D. WASHINGTON** ) | |
| ) | |
| **Defendant.** ) | |

## <u>JUDGMENT</u>

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that any false arrest claim related to the 2019 arrest is **DISMISSED with prejudice**, and all other claims are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 16th day of August 2024.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**